**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7835**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHELTON LAMONT MAXWELL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-94-6-V)

───────────

Submitted:  December 20, 2001          Decided:  January 9, 2002

───────────

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Shelton Lamont Maxwell, Appellant Pro Se. Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shelton Lamont Maxwell appeals from the district court's order denying his Fed. R. Crim. P. 35 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Maxwell, No. CR-94-6-V (W.D.N.C. Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2